**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gustavo LOREDO–BERNAL, Defendant—Appellant.**

No. 06–10003.

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2006.*

Decided June 16, 2006.

Robert A. Bork, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Monique N. Kirtley, Esq., Jason F. Carr, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: KLEINFELD, PAEZ and BERZON, Circuit Judges.

### MEMORANDUM **

Gustavo Loredo–Bernal appeals the sentence imposed following his guilty plea to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326. Loredo–Bernal contends that the district court erred in enhancing his sentence under 8 U.S.C. § 1326(b) based on a non-jury fact-finding regarding his prior conviction. As Loredo–Bernal concedes, his contention is foreclosed by this court's precedent, and he raises the issue only to preserve it should legal precedent change. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), even though it has been called into question, unless it is explicitly overruled by the Supreme Court); *United States v. Quintana–Quintana,* 383 F.3d 1052, 1053 (9th Cir.2004).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).